# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CODY JOSEPH NECAISE**                                                    **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:18-cv-221-LG-RHW**

**RICKY ADAMS**                                                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 10th day of October, 2018.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               UNITED STATES DISTRICT JUDGE